**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| PEOPLETEC, INC., | : | Case No. 3:25-cv-00362 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| SOLUTIONS THROUGH | : | |
| INNOVATIVE TECHNOLOGIES, | : | |
| INC., *et al*., | : | |
| | : | |
| Defendants. | : | |

---

**ORDER REQUIRING CORRECTED**
**RULE 7.1(a)(2) DISCLOSURE STATEMENT**

---

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). This Court previously entered a Notice of Deficiency and Order directing Defendant Solutions Through Innovative Technologies, Inc. ("Defendant Solutions") to file a diversity disclosure statement pursuant to that rule. (Doc. No. 19.) Defendant Solutions thereafter submitted a Citizenship Disclosure Statement. (Doc. No. 21.) However upon review, the Court notes that Defendant Solutions did not list its own citizenship in the disclosure statement. (Doc. No. 21 at PageID 272.) Instead, when asked to state its name and citizenship, Defendant Solutions wrote "Deatria Hall" in the "Individual or Entity Name" prompt and wrote "Texas" in the "Citizenship" prompt.[1] (*Id.*)

---

[1] Defendant Solutions additionally wrote "Charles A. Colon III" and listed "Oklahoma" citizenship. (Doc. No. 21 at PageID 272.) However, a different attorney represents Defendant Colon and has already filed a Citizenship

Federal Rule of Civil Procedure 7.1(a)(2) provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must file a disclosure statement that identifies the name and citizenship of "every individual or entity whose citizenship is attributed to ***that party or intervenor***." Fed. R. Civ. P. 7.1.(a)(2) (emphasis added). Accordingly, Defendant Solutions is required to disclose its own citizenship, or to explain how the citizenship of "Deatria Hall" relates to its citizenship.

The Court therefore **ORDERS** Defendant Solutions to file a corrected diversity disclosure statement **within seven days from the date of this Order**. The Court also reminds Defendant Solutions of its obligation to promptly file a supplemental diversity disclosure statement if any required information changes. Fed. R. Civ. P. 7.1(b)(2).

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

---

Disclosure Statement on Defendant Colon's behalf. (Doc. No. 17.) Moreover, Defendant Solutions is only required to identify its own citizenship—not the citizenship of co-defendants. Fed. R. Civ. P. 7.1(a)(2).